UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NADIA RODRIGUEZ,

    Plaintiff,

v.                                          Case No.: 8:15-cv-1621-T-23AAS

MIAMI-DADE COUNTY,

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Production (Doc. 53) and Defendant's response thereto (Doc. 55). This dispute appears to revolve around the mode and cost of the production of approximately 3,000 pages of documents – more specifically, who should bear the minimal cost of a thumb drive and postage.[1] It also appears that the parties now have resolved this issue.

Accordingly, it is **ORDERED:**

Plaintiff's Motion to Compel Production (Doc. 53) is **DENIED as moot**. All case management deadlines remain in effect.

**DONE AND ORDERED** in Tampa, Florida on this 21st day of April, 2017.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] It is worth noting that the costs (not to mention lost opportunity costs) associated with the parties briefing this issue and the Court ruling on this issue <u>greatly exceed the cost of a thumb drive and postage</u>.

1